IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:

8:07cv1824-T23TBM

MARYLAND KYER,

        Plaintiff,

vs.

TEEN CHALLENGE OF FLORIDA, INC.
and JENNIFER ASBURY,

        Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, MARYLAND KYER, (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendants, TEEN CHALLENGE OF FLORIDA, INC. and JENNIFER ASBURY (hereinafter referred to as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her former employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA").[1]

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b).

---

[1] Plaintiff has also filed a discrimination charge with the Equal Employment Opportunity Commission and the Florida Commission on Human Relations. The foregoing administrative process has yet to be exhausted. Once ripe, Plaintiff will also be pursuing her additional claims.



## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Polk County, Florida.

## THE PARTIES

4. Plaintiff was at all time material employed by Defendants as a kitchen worker at its business located in Lakeland, Florida.

5. The Defendants operate a home for teenagers in Lakeland, Florida. Defendants are an "employer" as defined by 29 U.S.C. Section 203(d). The Defendant employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the center where Plaintiff was employed.

6. Plaintiff was an employee of Defendants and at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7. Alternatively, Defendant is an "enterprise engaged in commerce or in the production of goods for commerce" as defined by 29 U.S.C. Section 203(s)(1).

8. Defendant, JENNIFER ASBURY, at all times material hereto was acting directly or indirectly in the interest of Defendant, TEEN CHALLENGE OF FLORIDA, INC. in relation to Plaintiff's employment and was substantially in control of the terms and conditions of the employee's work and is a statutory employer under 29 U.S.C. 203(d).

10. Plaintiff has retained the PANTAS LAW FIRM, P.A. to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

11. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs

1 through 9, above.

12. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 10/3/07

Respectfully submitted,

SCOTT C. ADAMS, ESQ.
Bar No.: 0573442
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue
Eleventh Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com